UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BRADLEY FOXX., ] | |
| ] | |
|    Plaintiff(s), ] | |
| ] | |
|    vs. ] | 2:10-CV-2954-LSC |
| ] | |
| PROFESSIONAL BUREAU OF ] | |
| COLLECTIONS OF MARYLAND, INC., ] | |
| ] | |
|    Defendant(s). ] | |

### Order

The parties have notified the court that they have selected R. Bradford Wash as mediator in this case.  As the mediator,  Mr. Wash is required to fix a time and place for the mediation session, ADR Plan (IV)(B)(8), and to submit a report of the mediation, pursuant to ADR Plan (IV)(B)(9)(g).   The parties shall arrange for and pay the mediator's fee directly to him.

The parties are reminded that, pursuant to Paragraph 7 of the court's ADR Plan, all individual parties, or if other than an individual, a representative with full authority to settle, must attend the mediation

session.

The Clerk of Court is **DIRECTED** to send a copy of this order to the mediator and all counsel of record.

Mediation is not a substitute for trial and in the event that no agreement is reached, this case will proceed to trial on 3/12/2012.

Done this 23rd day of May 2011.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
124019