FILED
2011 Jul-07 AM 09:34
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| BRADLEY FOXX, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | Case No: 10-co-2954-S |
| PROFESSIONAL BUREAU OF ) | |
| COLLECTIONS OF MARYLAND ) | |
| INC. ) | |
| ) | |
| Defendant. ) | |

## JOINT STIPULATION OF DISMISSAL

COMES NOW the plaintiff, Bradley Foxx, by and through counsel, John G. Watts and M. Stan Herring, and the defendant, Professional Bureau of Collections of Maryland, Inc., by and through counsel, Neal D. Moore, III and Larry Young, Jr., and jointly request this Honorable Court pursuant to Rule 41 of the *Federal Rules of Civil Procedure* to dismiss all claims against the defendant with prejudice, costs taxed as paid.

WHEREFORE, premises considered, the parties to this motion respectfully request this Honorable Court to dismiss the defendant, Professional Bureau of Collections of Maryland, Inc., with prejudice, costs taxed as paid.

Respectfully Submitted,

Neal D. Moore, III
Larry Young, Jr.
FERGUSON, FROST & DODSON, LLP
2500 Acton Road, Suite 200
Birmingham, Alabama 35243

John G. Watts
M. Stan Herring
Watts Law Group, P.C.
301 19th Street North
Birmingham, Alabama 35203

{W0296309.1}